UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADAM SOUTHERLAND(#475341)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 09-160-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be DISMISSED, as untimely.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 9, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46358